UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN VANCE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZACKY & SONS POULTRY, LLC, dba Zacky Farms,<br><br>Defendant. | No. 1:18-cv-01539-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 18) |

On September 15, 2021, Plaintiff filed a "Status Report and Notice of Voluntary Dismissal with Prejudice," in which Plaintiff notifies the Court that her claims are dismissed with prejudice.[1] (Doc. 18.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

---

[1] Despite Plaintiff submitting her status report "on behalf of all persons similarly situated" (*see* Doc. 18 at 1), there has been no certification of a class in this case and, thus, the putative class members are not parties to this action.

Dated: **September 16, 2021**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE